**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

ANDRE JAMEL DAVIS,

                        **Plaintiff,**

        -against-

SGT. HORTON (4023), PO GONZALEZ (17878),
PO SEDITA (2923), JEAN CALLE

                        **Defendants.**

------------------------------------------------------------------X

**23-cv-00885 (JPC) (VF)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 8, 2023, Plaintiff filed an Amended Complaint. ECF No. 51. Plaintiff has

not filed an Affidavit of Service, indicating that Defendants were served with the Amended

Complaint. Plaintiff is directed to file an Affidavit of Service with the Court by **Friday, October**

**20, 2023**.

**SO ORDERED.**

DATED:      New York, New York
             October 4, 2023

_____
VALERIE FIGUEREDO
United States Magistrate