UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDRE JAMEL DAVIS,

                          Plaintiff,

            -against-

SGT. HORTON (4023), PO GONZALEZ (17878),
PO SEDITA (2923), JEAN CALLE, OFFICE OF THE
CORPORATIONS COUNSEL OF THE CITY OF NEW YORK

                          Defendants.
------------------------------------------------------------------X

23-CV-00885 (JPC) (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On February 2, 2023, Plaintiff Andre Jamel Davis, proceeding *pro se*, commenced the instant action asserting claims under 42 U.S.C. §§ 1983, 1985 and 1986 against Defendants Sergeant Horton, Police Officer Gonzalez, Police Officer Calle Jean, and Police Officer Sedita, alleging that these officers from the New York City Police Department ("NYPD"), assigned to the 50th Precinct in the Bronx, violated his rights by stopping him, detaining him, and towing his car, which was damaged while in police possession.

        On August 24, 2023, Defendants' counsel filed a letter with the Court stating that some, if not all, of the defendants were served with a complaint that was not filed on the docket. ECF No. 49. On August 28, 2023, the Court issued an order directing Plaintiff to identify the operative complaint in this case. ECF No. 50. On September 8, 2023, Plaintiff filed an amended complaint. ECF No. 51. On October 4, 2023, Plaintiff was directed by the Court to file an affidavit of service, indicating that Defendants were served with the amended complaint. ECF No. 52. Then, on October 10, 2023, Plaintiff filed proof of service against "NYPD 50th Pct." ECF No. 53. The proof of service filed on the docket indicates that the summons and complaint

were served on certain defendants on June 23, 2023, and June 27, 2023. Id. The proof of service is dated July 5, 2023. Id. All of those dates, however, predate the filing of Plaintiff's amended complaint on September 8, 2023. As such, the proof of service filed on the docket does not appear to relate to service of Plaintiff's amended complaint.

Plaintiff is directed to file proof of service of the amended complaint (found at ECF No. 51) on the docket. For further information or assistance, Plaintiff may contact the Southern District of New York Pro Se Office. Plaintiff may also consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The clinic is run by a private organization; it is not part of, or run by, the court. It cannot accept filings on behalf of the court, which must still be made by any pro se party through the Pro Se Intake Unit. A copy of the flyer with details of the clinic is attached to this order.

The Clerk of Court is directed to mail a copy of this order to (1) Plaintiff Andre Jamel Davis at 5951 Riverdale Avenue, #454, Bronx, NY 10471; (2) the New York City Law Department at 100 Church St, New York, NY 10007; and (3) the New York Police Department 50th Precinct Station House at 3450 Kingsbridge Ave, Bronx, NY 10463.

**SO ORDERED.**

DATED:   New York, New York
         October 19, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

>Room LL22
>40 Foley Square
>New York, NY 10007
>(212) 659 6190
>
>Open weekdays
>10 a.m. – 4 p.m.
>Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



a beneficiary of UJA Federation of New York