UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDRE JAMEL DAVIS,

                              Plaintiff,                      23-CV-00885 (JPC) (VF)

              -against-                          **ORDER**

SGT. HORTON (4023), PO GONZALEZ (17878),
PO SEDITA (2923), JEAN CALLE (9383)

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff Andrew Jamel Davis submitted proof of service of the amended complaint on Defendant Police Officer Jean Calle. See ECF No. 56. Counsel for Defendant Calle nonetheless states that Officer Calle has not been served. See ECF No. 64. To the extent Counsel for Defendant Calle believes that service was ineffective, counsel is instructed to submit a letter to the Court by no later than **December 22, 2023**, explaining why service was deficient. In that letter, Counsel for Defendant is also directed to inform the Court whether Defendant Calle will waive proper service (if service was in fact deficient) or whether the Law Department, which was also served with a copy of the amended complaint, will accept service on behalf of Officer Calle. The Clerk of Court is directed to mail a copy of this order to Plaintiff Davis.

      SO ORDERED.

DATED:    New York, New York
               December 18, 2023

                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2023