UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ANDRE JAMEL DAVIS,

                                    Plaintiff,                23-CV-00885 (JPC) (VF)

                    -against-                       **ORDER**

SGT. HORTON (4023), PO GONZALEZ (17878),
PO SEDITA (2923), JEAN CALLE (9383)

                                 Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court is in receipt of Mr. Davis's letter dated May 8, 2024. See ECF No. 79. In that letter, Mr. Davis suggests that he did not receive the Motion to Dismiss at ECF No. 76, Memorandum of Law at ECF No. 77, and the accompanying Declaration at ECF No. 77. In his letter, Mr. Davis also requests a 20-day extension from the original May 15, 2024 deadline to file his reply. See ECF No. 79. The extension is hereby granted. Mr. Davis now has until June 4, 2024 to file his reply to the Motion to Dismiss.

       Records management is also hereby directed to send Mr. Davis ECF Nos. 76, 77, and 78, free of charge. The documents should be sent to the following address:

       **Andre Jamel Davis**
       **5951 Riverdale Avenue**
       **#454**
       **Bronx, NY 10471**

       **SO ORDERED.**

DATED:     New York, New York
                May 10, 2024

                                                              _____
                                                              VALERIE FIGUEREDO

United States Magistrate Judge