**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANDRE JAMEL DAVIS,

                          Plaintiff,                      23-CV-00885 (JPC) (VF)

                -against-                        **ORDER**

SGT. HORTON (4023), et al.,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff filed an amended complaint at ECF No. 89, but a motion to dismiss is currently pending before the Court. See ECF No. 76. Plaintiff cannot file an amended complaint until the motion to dismiss is resolved. The amended complaint at ECF No. 89 should therefore be disregarded.

      **SO ORDERED.**

DATED:      New York, New York
                November 26, 2024

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                 United States Magistrate Judge